645 A.2d 1286

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Kenneth R. GROSS, Respondent.**

**No. 49 Disciplinary Docket No. 3.**
**Disciplinary Board No. 52 DB 94.**

Supreme Court of Pennsylvania.

July 7, 1994.

### *ORDER*

PER CURIAM:

AND NOW, this 7th day of July, 1994, there having been filed with this Court by Kenneth R. Gross his verified Statement of Resignation dated May 26, 1994, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Kenneth R. Gross be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1801, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.